371 A.2d 505
Commonwealth v. Buxton, Appellant.

Argued September 14, 1976. Gordon J. Scopinich, for appellant; Deborah E. Glass, Assistant District Attorney, with her Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.